# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:23-po-00254-HBK |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| MIGUEL A. FLORES ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR §§ 4.12(a), 4.2

**Sentence Date:** January 9, 2024

**Review Hearing Date:** January 21, 2025

**Probation Expires On:** January 9, 2027

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $770 which Total Amount is made up of a Fine: $ 750 Special Assessment: $ 20 Processing Fee: $ Choose an item. Restitution: $

☒ Fine due in full by 9/9/2026.

☒ **Community Service hours Imposed of:** 80

☒ **Other Conditions:** complete an 18-month Multi-Offender DUI program; attend one AA meeting a week for 18 months; abstain from operating a motor vehicle with any detectable amount of alcohol; required compliance with chemical test to determine blood alcohol content if requested by law enforcement; and abstain from entering Yosemite National Park during the term of probation unless attending court hearings.

### *DEFENSE POSITION:*

☒ To date, Defendant has paid a total of $ 170
☐ If not paid in full when was last time payment: Date: 1/5/2025
Amount: $150

☒ To date, Defendant has performed 8.5 hours of community service.

☒ Compliance with Other Conditions of Probation: Mr. Flores is still enrolled in his 18-month Multi-Offender DUI program through the California Department of Motor Vehicles and participates in AA meetings.

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

  If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  John A Seymer; Supervisory Park Ranger (Rule 180)

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 1/21/2025 at 10 am

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒ allow for a remote appearance as Mr. Flores is anticipating the birth of his first child on January 26, 2024. The government does not oppose.

☐ that Defendant's unsupervised probation be terminated, and that the case be closed.

DATED:  1/7/2025             */s/ Lisa Ndembu Lumeya*
                     DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

  ☒ GRANTED.  The Court orders that Defendant is permitted to appear remotely for his January 21, 2025 Review Hearing at 10:00 a.m.

  ☐ DENIED.

DONE AND ORDERED:

Dated:   January 8, 2025            *[signature]*
                    HELENA M. BARCH-KUCHTA
                    UNITED STATES MAGISTRATE JUDGE